IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERT PROSCH,

        Plaintiff,

v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security

        Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 17-cv-41-wmc

        This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

        IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant affirming the decision of the defendant Nancy A. Berryhill, Commissioner of Social Security, and dismissing this case.

| s/ V. Olmo, Deputy Clerk | 7/09/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |